IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>    Plaintiff,<br><br>    v.<br><br>KAMINARIO, INC.,<br><br>    Defendant. | C.A. No. 1:19-cv-00350-CFC |

**PLAINTIFF REALTIME DATA LLC'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

On August 2, 2019, Defendant Kaminario, Inc. ("Defendant") filed a motion to dismiss for failure to state a claim (Dkt. Nos. 12, 13). Plaintiff Realtime Data LLC ("Realtime") disagrees that Defendant's motion to dismiss has any merit. Concurrently with this opposition, Realtime filed a first amended complaint. Therefore, Defendant's motion to dismiss is now moot. Accordingly, the Court should deny Defendant's motion to dismiss as moot.

Dated: August 16, 2019

OF COUNSEL

Marc A. Fenster (CA SBN 181067)
Reza Mirzaie (CA SBN 246953)
Paul A. Kroeger (CA SBN 229074)
C. Jay Chung (CA SBN 252794)
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
mfenster@raklaw.com
rmirzaie@raklaw.com
pkroeger@raklaw.com
jchung@raklaw.com

BAYARD, P.A.

 /s/ Stephen B. Brauerman
Stephen B. Brauerman (No. 4952)
600 N. King Street, Suite 400
Wilmington, DE 19801
Phone: (302) 655-5000
sbrauerman@bayardlaw.com

*Attorneys for Plaintiff Realtime Data LLC d/b/a IXO*

1