# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 19-350-CFC |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| KAMINARIO, INC., ) | |
| ) | |
| Defendant. ) | |

## KAMINARIO, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 35 U.S.C. § 101, Defendant Kaminario, Inc. moves the Court for an Order dismissing Plaintiff's First Amended Complaint (D.I. 18) with prejudice for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in Kaminario's Opening Brief filed contemporaneously herewith.

OF COUNSEL:

Richard G. Frenkel
Lisa K. Nguyen
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600

Dated: August 30, 2019

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Renée M. Mosley (#6442)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
mosley@rlf.com

*Attorneys for Defendant Kaminario, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 19-350-CFC |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| KAMINARIO, INC., ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

WHEREAS, Defendant Kaminario, Inc., having moved to dismiss Plaintiff's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and 35 U.S.C. § 101 (the "Motion"), and

WHEREAS, the Court having considered the Motion and any opposition thereto,

IT IS HEREBY ORDERED this ____ day of _____, 2019 that the Motion is **GRANTED**.

_____
The Honorable Colm F. Connolly

RLF1 21953884v.1